FILED'11 SEP 15 14:05usDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BILL R. LEEP and JACQUELINE
WATTS LEEP,

        Plaintiffs,        Civ. No. 11-3109-CL

                              **TEMPORARY RESTRAINING ORDER**

   v.

THE BANK OF NEW YORK MELLON
and RECONTRUST COMPANY, N.A.,

        Defendants.

---

**PANNER, J.**

    Plaintiffs seek an ex parte temporary restraining order to enjoin the foreclosure sale of their house. Plaintiffs allege the house is scheduled for a foreclosure sale on September 19, 2011 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Specifically, plaintiffs allege defendants failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings. In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of the trust

1  - ORDER

deed. ORS 86.735(1); <u>Hooker v. Northwest Trustee Services, Inc.</u>, 2011 WL 2119103, *3 (D. Or. May 25) (citing <u>Burgett v. MERS</u>, 2010 WL 4282105, at *2 (D. Or. Oct. 20) and <u>In re McCoy</u>, 2011 WL 477820, at *3-4 (Bankr. D. Or. Feb. 7)). Plaintiffs allege MERS is listed as the beneficiary on the deed of trust at issue. (Compl. Ex. A, 2.)

Because of the alleged imminent foreclosure sale, and because the presence of MERS demonstrates a high probability that defendants did not comply with the recording requirements of the Oregon Trust Deed Act, I grant plaintiff's request for a temporary restraining order (#3). Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 710 South Oregon Street, Jacksonville, Oregon, from this day until September 22, 2011, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction at 10:00 a.m. on September 22, 2011, in the Mark O. Hatfield Courthouse in Portland.

IT IS SO ORDERED.

DATED this __15__ day of September, 2011 at __2:00__ a̶.m.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER